UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO DuLANEY,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>R. L. CANDELARIA, Warden,<br><br>　　　　Respondent.<br>_____ | CIV F 03-6136 AWI SMS HC<br><br>ORDER ASSIGNING ACTION TO MAGISTRATE JUDGE SANDRA M. SNYDER<br><br>Old case # <u>CIV F 03-6136 AWI SMS HC</u><br><br>New case # <u>CIV F 03-6136 SMS HC</u> |

　　　　Petitioner is a state prisoner proceeding pro se in a petition for writ of habeas corpus pursuant to 28 U.S.C. Section 2254. All parties to this action have voluntarily consented to have a Magistrate Judge conduct any and all further proceedings in the case, including the trial and entry of a final judgment. Docs. 7 and 10.

IT IS HEREBY ORDERED THAT:

　　　　1.　　This action is assigned to United States Magistrate Judge SANDRA M. SNYDER for all purposes within the meaning of 28 U.S.C. § 636(c), to conduct any and all

further proceedings in the case, including the trial and entry of final judgment,

  2. The Clerk of the Court is directed to assign this action in its entirety to Magistrate Judge SANDRA M. SNYDER, and

  3. The new case number shall be

# CIV F 03-6136 SMS HC

and all future pleadings and/or correspondence must be so numbered. The parties are advised that use of an incorrect case number, including initials, may result in a delay of documents being processed and copies thereof being correctly distributed and received by the appropriate judicial officer.

IT IS SO ORDERED.

**Dated:** **May 31, 2005**       /s/ Anthony W. Ishii
0m8i78              UNITED STATES DISTRICT JUDGE

2