# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO DULANEY, | CV F  03-6136 AWI SMS HC |
| Petitioner, | ORDER DIRECTING RESPONDENT TO SUBMIT ANSWER ADDRESSING MERITS OF PETITION |
| v. | |
| R. L. CANDELARIA, Warden, | |
| Respondent. | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

Petitioner filed the instant petition for writ of habeas corpus on August 21, 2003.  By order of December 18, 2003, the Court directed Respondent to file a response to the petition. Respondent filed its answer on April 19, 2004.  Petitioner did not file a traverse.

In its answer, Respondent argues that the claims raised in the instant petition are procedurally defaulted.  Respondent did not, however, address the merits of the petition.  The Court's order of December 18, 2003, instructed that "[a]ny argument by Respondent that Petitioner has procedurally defaulted a claim(s) SHALL BE MADE in an ANSWER that also addresses the merits of the claims asserted.  This is to enable the Court to determine whether Petitioner meets an exception to procedural default.  See, Paradis v. Arave, 130 F.3d 385, 396 (9th Cir. 1997) (Procedurally defaulted claims may be reviewed on the merits to serve the ends of justice); Jones v. Delo, 56 F.3d 878 (9th Cir. 1995) (the answer to the question that it is more

1  likely than not that no reasonable juror fairly considering all the evidence, including the new
2  evidence, would have found Petitioner guilty beyond a reasonable doubt necessarily requires a
3  review of the merits)." (Court Doc. 6.)
4      Accordingly, within **sixty (60)** days from the date of service of this order, Respondent
5  shall submit an answer addressing the merits of the petition.  Within **thirty (30)** days thereafter,
6  Petitioner may submit a traverse.  All other provisions of the Court's December 18, 2003, order
7  remain in full force and effect.

9  IT IS SO ORDERED.
10 **Dated:   May 31, 2005**                     **/s/ Sandra M. Snyder**
   icido3                                  UNITED STATES MAGISTRATE JUDGE